# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

December 12, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE: **RANSWEILER, Derik**
Dkt. No. 2:05CR00502-002    *06-50063*
**VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the Court's guidance on the above case. On November 29, 2005, Ransweiler was sentenced by the Honorable Janis Graham Jack, U.S. District Judge, in the Southern District of Texas, for Aiding and Abetting to Possess with Intent to Distribute 54.2 grams of Cocaine, to 5 years probation, $100 fine and $100 special assessment. On October 17, 2006, Your Honor accepted jurisdiction of this case.

On October 19, 2006, Ransweiler completed a drug treatment program through Decision Point. Since the completion of that program, Ransweiler has tested negative for controlled substances and has held a steady job in the construction industry. However, on October 16, 2007, Ransweiler was arrested for Driving While Intoxicated, in Johnson, Arkansas. Later that day, Ransweiler reported to the probation office and admitted being arrested. Ransweiler was reprimanded for his actions. Ransweiler was remorseful for his conduct. Ransweiler submitted a urine sample that tested negative for controlled substances.

On December 4, 2007, Ransweiler appeared in Johnson City Court. Ransweiler was found guilty of Driving While Intoxicated and was sentenced to 30 days jail suspended, fine and court costs totaling $1,350 with $500 suspended, attend alcohol classes, and 2 days of community service for the Red Cross.

It is believed Ransweiler's sentence in Johnson City Court will be sufficient to remind him of the serious consequences of his behavior along with providing alcohol treatment. Due to the above, it is respectfully recommended that no action be taken at this time. I will monitor Ransweiler to ensure that he completes his sentence. Should further information be needed or required, please advise.

Respectfully,

✓ Take No Action

_____ Other

Trent M. Thompson
U.S. Probation Officer

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 13 2007
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

Reviewed by: _____

William E. Dunn Jr.
Supervising U.S. Probation Officer

Honorable Jimm Larry Hendren    Date 12/13/07
Chief U.S. District Judge