# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
## U.S. Probation / Pretrial Services

**Myron L. Smith**  
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse  
35 East Mountain, Room 319  
Fayetteville, Arkansas 72701  
479-442-9892  
Fax -479-442-5276

December 2, 2008

Honorable Jimm Larry Hendren  
Chief U.S. District Judge  
John Paul Hammerschmidt Federal Building  
35 East Mountain Street, Suite 559  
Fayetteville, Arkansas  72701

RE:    RANSWEILER, Derik  
       Dkt. No. 5:06CR50063-001  
       **VIOLATION REPORT & REQUEST FOR MODIFICATION**

Dear Judge Hendren:

This is to seek the Court's guidance on the above case. On November 29, 2005, Ransweiler was sentenced by the Honorable Janis Graham Jack, U.S. District Judge, in the Southern District of Texas, for Aiding and Abetting to Possess with Intent to Distribute 54.2 grams of Cocaine, to 5 years probation, $100 fine and $100 special assessment. On October 17, 2006, Your Honor accepted jurisdiction of this case.

On October 19, 2006, Ransweiler completed a drug treatment program through Decision Point. Since the completion of that program, Ransweiler has tested negative for controlled substances and has held a steady job. However, on October 28, 2008, Ransweiler was arrested by the Benton County Sheriff's Office for Possession of Drug Paraphernalia and Driving While License Suspended or Revoked. A copy of the police reported is attached for the Court's review. Ransweiler was given 72 hours to report the arrest, but he failed to do so. When providing his monthly report he noted that he was arrested for Driving While License Suspended or Revoked and Failure to Pay Ticket, but failed to mention his arrest for Possession of Drug Paraphernalia.

On November 21, 2008, Ransweiler was questioned about the above matter. He admitted to having used marijuana approximately four times in the last thirty days and most recently, one week before, but states the pipe found in his vehicle at the time of the traffic stop was his friend's, James Kendall's. Attached you wll find a drug admission form signed by the defendant. He also acknowledged that he had been cited by the Little Rock Police Department on May 9, 2008, for Speeding and No Seat Belt. Ransweiler states he paid the ticket shortly after his arrest. On November 24, 2008, I confirmed with the Little Rock, Arkansas, Traffic Court that on October 31, 2008, Ransweiler paid the $475 ticket. Ransweiler was reprimanded for his actions and expressed remorse for his conduct stating his drug use stemmed from his depression and that he had no excuse as to why he did not inform me of the Little Rock citations or the possession of drug paraphernalia charge. Ransweiler submitted a urine sample at this time which has been sent to Kroll Laboratories for testing. Ransweiler had a court date of December 1, 2008, in Rogers District Court where he was ordered to pay a total of $480 in fines, fees and costs. The charge of driving on a suspended license was amended to no driver's license. Copies of the transcripts of judgment are attached for the Court's review.

Based on the above information, it is believed Ransweiler's would benefit from inpatient treatment at Decision Point. Ransweiler has agreed to attend this program, but a modification of his conditions would need to be made.

As such, we are recommending that Ransweiler's conditions of release be modified as follows:

Re: Ransweiler, Derik
December 2, 2008

> In addition to the mandatory drug testing requirements, the defendant shall comply with any referral deemed appropriate by the U.S. Probation Officer for in-patient or out-patient evaluation, treatment, counseling or testing for substance abuse.

Attached you will find a Waiver of Hearing to Modify Conditions of Probation signed by the defendant and a Request for Modifying the Conditions or Term of Supervision. I will monitor Ransweiler to ensure that he completes his treatment. It is recommended that Ransweiler's conditions be modified as indicated. Should further information be needed or required, please advise.

Respectfully,

*[signature]*
Tobey L. Reely
U.S. Probation Officer

Reviewed by:

*[signature]*
William E. Dunn Jr.
Supervisory U.S. Probation Officer

✓ Modify Conditions
   (Waiver and Request Attached)
___ Other

_____
_____

*[signature]* 12/9/08
Honorable Jimm Larry Hendren    Date
Chief U.S. District Judge