# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

Federal Building and U. S. Courthouse
35 East Mountain, Room 319
Fayetteville, Arkansas 72701
479-442-9892
Fax -479-442-5276

December 17, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas  72701

    RE:    RANSWEILER, Derik
           Dkt. No. 5:06CR50063-001
           **STATUS REPORT & REQUEST FOR MODIFICATION**

Dear Judge Hendren:

This is to update the court on the above case. On November 29, 2005, Ransweiler was sentenced by the Honorable Janis Graham Jack, U.S. District Judge, in the Southern District of Texas, for Aiding and Abetting to Possess with Intent to Distribute 54.2 grams of Cocaine, to 5 years probation, $100 fine and $100 special assessment. On October 17, 2006, Your Honor accepted jurisdiction of this case.

As the Court may recall, a violation report and request for modification of conditions of supervision were previously submitted to the court on December 2, 2008. As a result, the Court modified the offender's conditions to include drug treatment/counseling inpatient/outpatient. Due to a recent change in contracts with facilities and difficulties experienced in dealing with Decision Point, Ransweiler was referred to DaySpring Behavioral Health Services in Springdale for an assessment. On December 12, 2008, the assessment was completed and it was determined that Ransweiler's primary issues related to depression with secondary issues relating to substance abuse. DaySpring has recommended a psychological assessment, individual therapy and medication management for Ransweiler.

Based on the newly revealed above information, it is believed Ransweiler's would benefit from mental health treatment. Ransweiler has agreed to attend this program, but a modification of his conditions would need to be made.

As such, we are recommending that Ransweiler's conditions of release be modified as follows:

> The defendant shall comply with any referral deemed appropriate by the U.S. Probation Officer for in-patient or out-patient mental health evaluation, treatment, counseling or testing, as deemed necessary and directed by the U.S. Probation Officer.

Attached you will find a Waiver of Hearing to Modify Conditions of Probation signed by the defendant and a Request for Modifying the Conditions or Term of Supervision. I will monitor Ransweiler to ensure that he completes his treatment. It is recommended that Ransweiler's conditions be modified as indicated. Should further information be needed or required, please advise.

Respectfully,

Tobey L. Reely
U.S. Probation Officer

Reviewed by:

William E. Dunn Jr.
Supervisory U.S. Probation Officer

☑ Modify Conditions
  (Waiver and Request Attached)
☐ Other

_____
Honorable Jimm Larry Hendren    Date 12/31/08
Chief U.S. District Judge