☙PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

Western District of Arkansas

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Derik Ransweiler                                  Case Number: 5:06CR50063-001

Name of Sentencing Judicial Officer:   Janis Graham Jack

Date of Original Sentence:   November 29, 2005

Original Offense:   Aiding and Abetting to Possess With Intent to Distribute 54.2 Grams of Cocaine

Original Sentence:   5 years probation

Type of Supervision:   probation          Date Supervision Commenced:   November 29, 2005

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall comply with any referral deemed appropriate by the U.S. Probation Officer for in-patient or out-patient mental health evaluation, treatment, counseling or testing, as deemed necessary and directed by the U.S. Probation Officer.**

CAUSE

Defendant has continued to use marijuana while on supervision and is willing to attend inpatient treatment to address his drug use.

Respectfully submitted

by *[signature]*
Tobey Reely, U.S. Probation Officer
Date:         December 17, 2008

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 31 2008

CHRIS R. JOHNSON, CLERK
BY *[signature]* Dale Barnes
DEPUTY CLERK

*[signature]*
Signature of Judicial Officer

December 31, 2008
Date